IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT QUARLES,** : | **CIVIL ACTION** |
| Petitioner : | |
| : | |
| v. : | |
| : | |
| **COMMONWEALTH OF PA, et al.,** : | No. 13-1994 |
| Respondents. : | |

### ORDER

**AND NOW**, this 10th day of January, 2014, upon careful and independent consideration of the petition for a writ of habeas corpus (Doc. No. 1), review of the Report and Recommendation of United States Magistrate Judge Lynn A. Sitarski (Doc. No. 11), and noting that no objections to the Report and Recommendation have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus is **DISMISSED** as moot.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**